IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MANUEL RAY WESTON
ADC #127972                                                          PLAINTIFF

v.                       No. 4:25-cv-341-DPM

JOE DON WINNINGHAM, Public
Defender, 15th Judicial District; BILLY
ALVEY, Police Officer, Conway County
Police Department; CONWAY COUNTY
CIRCUIT COURT, 15th Judicial District;
JERRY DON RAMEY, Judge; JOHN
SYDOW; and DOE, Deputy Prosecuting
Attorney                                                             DEFENDANTS

## JUDGMENT

Weston's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2025