IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MANUEL RAY WESTON
ADC #127972                                                                PLAINTIFF

v.                       No. 4:25-cv-341-DPM

JOE DON WINNINGHAM, Public
Defender, 15th Judicial District; BILLY
ALVEY, Police Officer, Conway County
Police Department; CONWAY COUNTY
CIRCUIT COURT, 15th Judicial District;
JERRY DON RAMEY, Judge; JOHN
SYDOW; and DOE, Deputy Prosecuting
Attorney                                                                   DEFENDANTS

ORDER

The Court has received Weston's notices, *Doc. 22–29*. This case is closed. Other than a notice of appeal, if he wants to go down that road, there is no need or reason for any further filings in this Court by Weston at this point.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 June 2025