# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MANUEL RAY WESTON**  PLAINTIFF
**ADC #127972**

v.　　　　　　　　　No. 4:25-cv-341-DPM

**JOE DON WINNINGHAM**, Public Defender, 15th Judicial District; **BILLY ALVEY**, Police Officer, Conway County Police Department; **CONWAY COUNTY CIRCUIT COURT**, 15th Judicial District; **JERRY DON RAMEY**, Judge; **JOHN SYDOW**; and **DOE**, Deputy Prosecuting Attorney　　　　　　　　　DEFENDANTS

## ORDER

Motion, *Doc. 79*, denied.  This case is closed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2025